Entered on Docket
May 24, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Kenneth Eugene Anderson,
Maria Lourdes O. Anderson,

        Debtors.
_____/

Tripti Sharma,

        Plaintiff,

  vs.

Kenneth Eugene Anderson,
Maria Lourdes O. Anderson,

        Defendants.
_____/

No. 12-41261 WJL
Chapter 7

A.P. No. 12-04102

**MEMORANDUM REGARDING MOTION TO WITHDRAW ADVERSARY PROCEEDING AND SEEK REFUND OF FILING FEE**

On May 14, 2012, plaintiff Tripti Sharma filed an adversary complaint against defendants Kenneth Eugene Anderson and Maria Lourdes O. Anderson. The complaint objects to the discharge in the Andersons' Chapter 7 case, based on alleged discrepancies in the information provided by the debtors at their 2004 examination.

On May 15, 2012, the Court received a letter addressing proper procedure for pursuing an action to object to discharge which the Court could construe as notice of dismissal of the

adversary proceeding. Before disposition of that request, the Court suggests that the moving party review relevant sections of the Bankruptcy Code and rules to determine whether this is an action that can only be competently pursued via an adversary proceeding.

Date: May 24, 2012

The Honorable William J. Lafferty

END OF DOCUMENT